# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: AAMAGIN PROPERTY                          NO.   2022 CW 0301
GROUP, L.L.C.


**JULY 5, 2022**

---

In Re:    WJ Belton Company, L.L.C., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 700029.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

    **WRIT NOT CONSIDERED.** The writ application does not include
a transcript from the contradictory hearing on relator's
declinatory exception raising the objection of improper venue,
such that this court cannot determine whether evidence was
introduced at the hearing on the exception. See Uniform Rules
of Louisiana Courts of Appeal, Rule 4-5 (C) (10).

    Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation and must
comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts
of Appeal. Any new application must be filed on or before
August 4, 2022 and must contain a copy of this ruling.

               **PMc**
               **JEW**
               **CHH**

COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
     FOR THE COURT